AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Jamie Ferguson

)
)
)
)
)
)
)

Case: 1:22-mj-00101
Assigned to: Judge Meriweather, Robin M.
Assign Date: 5/10/2022
Description: COMPLAINT W/ ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Jamie Ferguson__
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: __05/10/2022__                                 _/s/ Robin M. Meriweather_ 2022.05.10 15:24:19 -04'00'
                                                                                  *Issuing signature*

City and state:   __Washington, D.C.__              Robin M. Meriweather, U.S. Magistrate Judge
                                                                                  *Printed name and title*

### Return

This warrant was received on *(date)* __5/10/2022__, and the person was arrested on *(date)* __5/11/2022__
at *(city and state)* __Lynchburg, VA__.

Date: __5/11/2022__                                  _[signature]_
                                                                                  *Arresting officer's signature*

                                                     Jason P. McCoy, SA  FBI
                                                                                  *Printed name and title*