UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Criminal Number 1:22CR-00194-APM

vs.

Jamie Ferguson

    Defendant

DEFENDANT'S
POSITION PAPER WITH RESPECT
TO THE PRESENTENCE REPORT

The defendant, by and through counsel, pursuant to sentencing factors and material facts set forth in the presentence report filed on October 3, 2022, prepared by Hana Field, U.S. Probation Officer, including the calculations and resulting guideline range, states the following objections:

1. The Defendant has indicated minor factual objections contained in the filed PSR to the probation officer and has been advised that amendments to the report reflecting the minor corrections will be filed by the probation officer.

**18 USC 3553(a) factors**

The 3553 factors support a sentence of probation only. This sentence would be consistent with:

1. Dozens of similarly situated Defendant's have since been sentenced since January 6, 2021. Approximately 20[1] are almost identical to the background and conduct of the Defendant for which have all received probation only. Those factors are:

      a. Clean criminal record

      b. No violence or attempted violence during the commission of the crime.

Additionally, the Defendant has cooperated fully with the government to provide information to assist in other investigations. The Defendant is a veteran and peacefully lives in Southwest Virginia. Probation for a minimum term is sufficient but not greater than necessary to address the conduct before the Court.

## **CONCLUSION**

WHEREFORE, the defendant prays that this Court sentence the defendant in accordance with this position paper and to grant any further relief as may be appropriate.


Respectfully Submitted,

Jamie Ferguson


By: _____/s/_____
      Counsel

Timothy V. Anderson, Esquire
Anderson & Associates, PC
Attorney for Jamie Ferguson
2492 North Landing Road, Ste 104
Virginia Beach, VA  23456
757-301-3636 tel
757-301-3640 fax
VSB 43803
timanderson@virginialawoffice.com

---

[1] The Defendant has a chart of every sentenced individual related to 40 USC 5014€(2)(G) that can be provided if necessary.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true copy of the foregoing was emailed to:

Douglas Meisel, Assistant US Attorney at: douglas.meisel@usdoj.gov

This 7 day of October 2022

_____/s/_____
Timothy V. Anderson, Esquire
Anderson & Associates, PC
Attorney for Nicholas Spencer
2492 North Landing Rd, Ste 104
Virginia Beach, VA  23456
757-301-3636 tel
757-301-3640 fax
VSB 43803
timanderson@virginialawoffice.com